**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FEDERAL TRADE COMMISSION,
    Plaintiff,

vs.                                        CASE NO. 8:04-CIV-1674-T-17-MSS

DEBT MANAGEMENT FOUNDATION
SERVICES, et al.,
    Defendants.
                                   /

**ORDER**

      This cause is before the Court on the plaintiff's motion to direct receiver to pay net assets to redress fund in accordance with final judgment (Docket No. 57) and objector Barbara Wilbur's response (Docket No. 62). The Court has considered the arguments of both the plaintiff and the objector and finds the plaintiff's position to be persuasive and it is adopted by reference herein. Accordingly, it is

      **ORDERED** that the objection of Barbara Wilbur be **overruled** and the plaintiff's motion to direct receiver to pay net assets to redress fund in accordance with final judgment (Docket No. 57) be **granted. The Receiver is directed to pay all funds that remain after adjudication of the Receiver's final petition for costs and expenses to the plaintiff or its designated agent to reduce the monetary judgment in Paragraph X of the Final Judgment.**

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of November, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record