**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.                              CASE NO. 8:04-CIV-1674-T-17-MSS

DEBT MANAGEMENT FOUNDATION
SERVICES, et al.,

    Defendants.
_____/

**ORDER**

    This cause is before the Court on the Final Application for Approval to Pay Compensation to Receiver and Receiver's Counsel and Accountants (Docket No. 71) and Receiver's Final Accounting and Notice of Intention to Distribute Net Assets to Federal Trade Commission (Docket No. 72). More than ten (10) days have expired from the filing of the application and notice and no objections have been filed, as provided for in the application. The following is the summary of the fees and expenses requested in the application (Docket No. 71):

| | |
|---|---|
| TOTAL FEES REQUESTED IN APPLICATION: | |
| 1) CHARLES STUTTS, RECEIVER | $ 30,095.00 |
| 2) HOLLAND & KNIGHT LLP | $ 10,545.50 |
| 3) ZINOBER & MCCREA PA | $ 246.00 |
| 4) KENT S. MILLER CPA | $ 48.420.00 |
| | $ 89,306.50 |
| | |
| TOTAL EXPENSES REQUESTED IN APPLICATION: | |
| 1) CHARLES STUTTS RECEIVER | $ 670.07 |
| 2) HOLLAND & KNIGHT LLP | $ 2,025.19 |
| 3) ZINOBER & MCCREA PA | $ 3.00 |
| 4) KENT S. MILLER CPA | $ 461.02 |
| | $ 3,159.28 |

TOTAL REQUESTED IN APPLICATION:                $92.465.78

Accordingly, it is

**ORDERED** that the Court **grants and approves** Final Application for Approval to Pay Compensation to Receiver and Receiver's Counsel and Accountants (Docket No. 71) and authorizes the Receiver to pay all of the statement of services contained therein from the assests of the receivership estate, and, further, **grants and approves** Notice of Intention to Distribute Net Assets to Federal Trade Commission (Docket No. 72). The Receiver is to file a motion to dismiss this case with prejudice at the appropriate time.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of November, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record